IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01008-GPG

RAYMOND LARA,

    Plaintiff,

v.

JOHN CHAPDELAINE, SCF Warden,
CYNTHIA H. COFFMAN, The Attorney General of the State of Colorado,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 19, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 19 day of May, 2015.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ A. García Gallegos

                    Deputy Clerk